# EXHIBIT A

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NATASHA HUNT,

        Plaintiff,                       Case No. 16-013035-CZ

v.

COMENITY BANK,

        Defendant.

---

| | |
|---|---|
| Michael Jaafar (P69782) | Charity A. Olson (P68295) |
| David Ienna (P77170) | Olson Law Group |
| Fairmax Law, PLLC | 2723 S. State St., Ste. 150 |
| 23400 Michigan Ave., Ste. 110A | Ann Arbor, MI 48104 |
| Dearborn, MI 48124 | Tel: (734) 222-5179 |
| Tel: (888)324-7629 | Fax: (866) 941-8712 |
| *Attorneys for Plaintiff* | colson@olsonlawpc.com |
| | *Attorneys for Comenity Bank* |

---

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant Comenity Bank ("Defendant") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the Eastern District of Michigan (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the State of Michigan Third Judicial Circuit Court are hereby stayed unless or until this action is remanded.

                                                            Respectfully Submitted,

                                                            */s/ Charity A. Olson*
                                                            Charity A. Olson (P68295)
                                                            **OLSON LAW GROUP**
                                                            2723 S. State St., Suite 150
                                                            Ann Arbor, MI 48104
                                                            Tel: (734) 222-5179
                                                            Fax: (866) 941-8712

Dated: November 4, 2016                       colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby certify that on November 4, 2016, a copy of the foregoing Notice of Removal was served upon the following parties as follows:

<u>via U.S. First Class Mail</u>
State of Michigan
Third Judicial Circuit – Civil Clerk
2 Woodward Ave.
Detroit, MI 48226

<u>via U.S. First Class Mail</u>
David Ross Ienna
Fairmax Law, PLLC
23400 Michigan Ave., Ste. 110
Dearborn, MI 48124

Charity A. Olson